# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| BUDDY RAWLINSON, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OVINTIV USA, INC.<br><br>Defendant. | § § § § § § § § § § § §   CASE NO.: 5:21-cv-01032-JKP-ESC |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Buddy Rawlinson ("Plaintiff") and Defendant Ovintiv USA, Inc. ("Defendant") being all the parties who have appeared in the above-entitled action, stipulate that this action be dismissed without prejudice and without costs to either party as against the other and that an order to that effect may be entered by either party without notice.

Respectfully submitted,

*By: Michael A. Josephson*
Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

        Richard J. (Rex) Burch
        Texas Bar No. 24001807
        BRUCKNER BURCH PLLC
        11 Greenway Plaza, Suite 3025
        Houston, Texas 77046
        713-877-8788 – Telephone
        713-877-8065 – Facsimile
        rburch@brucknerburch.com

        **ATTORNEYS FOR PLAINTIFF**


        *By: Andrew Yeh*
        M. Carter Crow
        Andrew Yeh
        Fulbright Tower
        1301 McKinney, Suite 5100
        Houston, TX  77010-3095
        Telephone:(713) 651-5151
        Facsimile: (713) 651-5246
        carter.crow@nortonrosefulbright.com
        andrew.yeh@nortonrosefulbright.com

        **ATTORNEYS FOR DEFENDANT**


## **CERTIFICATE OF SERVICE**

On Monday, May 9, 2022, Plaintiff served a copy of the foregoing pleading on Defendant via Certified Mail Return Receipt Requested.

        *Michael A. Josephson*
        Michael A. Josephson